# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

IN THE MATTER OF THE UNITED STATES
OF AMERICA TO SEARCH THE PREMISES
KNOWN AND DESCRIBED AS
SAFE DEPOSIT BOX #431-2 LOCATED AT
CITIBANK 217-10 JAMAICA AVENUE,
QUEENS VILLAGE, NEW YORK 11429.

**SEARCH WARRANT**

**CASE NUMBER:**

**M-11-236**

TO: __Any authorized law enforcement officer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Luigi Stolfa__ who has reason to
                                                            Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

SAFE DEPOSIT BOX #431-2 LOCATED AT
CITIBANK 217-10 JAMAICA AVENUE,
QUEENS VILLAGE, NEW YORK 11429.

in the __EASTERN__ District of __NEW YORK__ there is now concealed a certain
person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __4/3/11__
                                                                        Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ as required by law.
                          United States Judge or Magistrate Judge

__3/3/11   3:40 pm__                                    at   __Brooklyn, NY__
Date and Time Issued                                              City and State

_____                                    _____
Name and Title of Judicial Officer                                    Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/3/2011 | DATE AND TIME OF WARRANT EXECUTED<br>3/4/2011  11:30 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Zina Williams-Johnson<br>Citibank |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) $40,000 in US Currency (400 $100 bills)

(2) Various Business Records

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  Deputy Clerk
U.S. ~~Judge or Magistrate Judge~~

3/11/2011
Date

Rev 3/04